# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0478270-IN
INVOICE DATE: 01/31/17

CUSTOMER NO.: 1007222
WORK ORDER NO.: 175670

SALESPERSON: CSIW

Michael Faillace & Associates,
60 East 42nd Street
Suite 220
New York, NY 10165
Attention: Joshua Androphy

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | MENDOZA V CGY&J CORP ET AL | | | |
|---|---|---|---|---|
| | CASE NO. 15CV09181 | | | |
| 1/4/2017 | Original | 83.00 Pages at | $5.34 | 443.22 |

Net Invoice: 443.22
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
Invoice Total: 443.22

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**



# Make a Payment

The following payment has been set up:

| | |
|---|---|
| From Account: | Business Checking: 3320 |
| To Account: | SOUTHERN DIS |
| Amount: | $ 443.22 |
| Set Payment Date: | February 11, 2017 |
| Memo: | INVOICE 00478270-IN |
| Reference Number: | 11476 |